## UNITED STATES BANKRUPTCY COURT
### SOUTHERN DISTRICT OF OHIO
### WESTERN DIVISION AT DAYTON

| | |
|---|---|
| IN RE:<br>    JIMMY N LAWSON | CASE NO: 08-32075<br>        (Chapter 13) |
| Debtor | JUDGE LAWRENCE S. WALTER |

---

### REPORT OF UNCLAIMED FUNDS

---

The Trustee reports that the following is an itemized list of the unclaimed funds which are being paid to the Clerk of the Bankruptcy Court.

Check Number: **4089258**

| Ct / Tee Claim # | Address | Amount |
|---|---|---|
| 2/ 22 | MIAMI VALLEY HOSPITAL<br>% CITY CREDITS COMPANY AGENT<br>3077 KETTERING BLVD SUITE 109<br>MORAINE, OH  45439 | 17.34 |

/s/ Jeffrey M. Kellner
Jeffrey M. Kellner  0022205
Chapter 13 Trustee
131 N LUDLOW ST   SUITE 900
DAYTON, OH  45402-1161
(937)222-7600   Fax (937)222-7383
email: chapter13@dayton13.com

Dated: 7/26/2011

Certificate of Service                                08-32075

I hereby certify that a copy of the attached was served by electronic service or was mailed by first class
mail to each of the following on the date of the electronic filing.

OFFICE OF THE U S TRUSTEE
170 NORTH HIGH ST
SUITE 200
COLUMBUS, OH  43215

JIMMY N LAWSON                    JOHN C A JUERGENS              (22.1)
235 WEINLAND DIVE                 1504 N LIMESTONE ST           MIAMI VALLEY HOSPITAL
NEW CARLISLE, OH  45344           SPRINGFIELD, OH  45503        % CITY CREDITS COMPANY AGENT
                                                               3077 KETTERING BLVD SUITE 109
                                                               MORAINE, OH  45439

(24.1n)
UNITED STATES DEPT OF AGRI
CENTRALIZED SERVICING CENTER
BOX 66879
ST LOUIS, MO  63166

Jeffrey M. Kellner BY        _____/s/ Jeffrey M. Kellner_____        sv