UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION AT DAYTON

IN RE:                                              CASE NO: 08-32075
    JIMMY N LAWSON                                      (Chapter 13)

                            Debtor                  JUDGE LAWRENCE S. WALTER

## REPORT OF UNCLAIMED FUNDS

The Trustee reports that the following is an itemized list of the unclaimed funds which are
being paid to the Clerk of the Bankruptcy Court.

Check Number: **4089289**

| Ct / Tee Claim # | Address | Amount |
|---|---|---|
| 3/ 23 | MERCY MEDICAL CENTER<br>% CITY CREDITS COMPANY AGENT<br>3077 KETTERING BLVD SUITE 109<br>MORAINE, OH  45439 | 917.49 |

/s/ Jeffrey M. Kellner

Jeffrey M. Kellner  0022205
Chapter 13 Trustee
131 N LUDLOW ST   SUITE 900
DAYTON, OH  45402-1161
(937)222-7600   Fax (937)222-7383
email: chapter13@dayton13.com

Dated: 7/28/2011

Certificate of Service                              08-32075

I hereby certify that a copy of the attached was served by electronic service or was mailed by first class
mail to each of the following on the date of the electronic filing.

OFFICE OF THE U S TRUSTEE
170 NORTH HIGH ST
SUITE 200
COLUMBUS, OH 43215

JIMMY N LAWSON                    JOHN C A JUERGENS              (23.1)
235 WEINLAND DIVE                 1504 N LIMESTONE ST           MERCY MEDICAL CENTER
NEW CARLISLE, OH 45344            SPRINGFIELD, OH 45503         % CITY CREDITS COMPANY AGENT
                                                               3077 KETTERING BLVD SUITE 109
                                                               MORAINE, OH 45439

(24.1n)
UNITED STATES DEPT OF AGRI
CENTRALIZED SERVICING CENTER
BOX 66879
ST LOUIS, MO 63166

Jeffrey M. Kellner BY          /s/ Jeffrey M. Kellner              sv